No reversible error appearing, the judgment is affirmed.

Opinion approved by the Court.

**BARRON v. STATE.**

No. 25503.

Court of Criminal Appeals of Texas.

Nov. 21, 1951.

Rehearing Denied Jan. 9, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

**514**

GRAVES, Presiding Judge.

The offense is rape. The punishment assessed is confinement in the state penitentiary for five years.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception. Therefore no question is presented for review.

The judgment is affirmed.